THE JOHN G. PATON CO., INC., Respondent, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Appellant.

(Argued October 3, 1930; decided October 21, 1930.)

*Russel S. Coutant, William C. Cannon, Theodore Kiendl* and *Francis W. Phillips* for appellant.

*Brison Howie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.